THE HONORABLE SAMUEL J STEINER
CHAPTER 13
HEARING DATE: September 29, 2010
TIME: 9:30 am
RESPONSE DATE: September 22, 2010
Seattle WA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re: ) Bankruptcy No. 08-14614
)
**ROBERTO S ESQUIVAL** )
**ANSON B ESQUIVAL** ) **ORDER MODIFYING**
           Debtor(s). ) **CHAPTER 13**
) **PLAN POST CONFIRMATION**
**)** **FORGIVING ARREARS AND**
_____) **AWARDING ADDITIONAL ATTORNEY FEES**

The Debtor's Amended Plan filed 9/1/10 having been filed with the Court and the Plan having been available to creditors, having no objections been made to the court or to attorney for Debtors, the Court after notice orders the following:

1. The amended plan complies with the provisions of chapter 13 and all other applicable provisions of title 11 of the United States Code;
2. The filing fee and all other amounts required to be paid to date have been paid;
3. The amended plan has been proposed in good faith and not by any means forbidden by law;
4. The value as of the effective date of the plan, of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claims if the estate of the Debtor were liquidated under chapter 7 of the Bankruptcy Code on such date;

It is ORDERED that:

1. The Debtor's chapter 13 plan is modified to the Amended Plan filed 9/1/10.
2. Arrears in the amount of $900.00 are forgiven without recapture.
3. Attorney fees are awarded in the amount of $500.00 to be paid as an administrative expense through the Plan.

DATED

/s/ Karen A. Overstreet
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)
:

Presented by:

/s/ Ellen Ann Brown

_____
SUSAN H. SEELYE WSB#28825
ELLEN ANN BROWN WSB#27992

ORDER MODIFYING CHAPTER 13 PLAN
PAGE 1

Attorneys for Debtor(s)